UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                         CASE NO: 2:89-cr-22-FtM-38UAM

RUBEN ALZAMORA
_____/

## ORDER[1]

This matter comes before the Court on Defendant's Motion Requesting a Judicial Recommendation for Placement in a Halfway House and Home Confinement Pursuant to the Second Chance Act (Doc. #141) filed on December 3, 2015.  On October 28, 2015, attorney Kristin Daniella Figeroa-Contreras made an appearance as counsel for Defendant.  (Doc. #140).  Therefore, any relief sought on behalf of Defendant must be filed by Ms. Figeroa-Contreras.  *See* M.D. Fla. R. 2.03(d) ("Any party for whom a general appearance of counsel has been made shall not thereafter take any step or be heard in the case in proper person, absent prior leave of the Court. . . .").  Yet Defendant filed the instant Motion as a *pro se* litigant in violation of the Local Rules.  Therefore, the Court finds that this Motion must be stricken as it was improperly filed.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

1. The Clerk is directed to **STRIKE** Defendant Ruben Alzamora's Motion Requesting a Judicial Recommendation for Placement in a Halfway House and Home Confinement Pursuant to the Second Chance Act (Doc. #141).  Should counsel find this Motion has merit, it may be refiled with the Court.

2. The Clerk is further directed to mail a copy of this Order to Defendant Ruben Alzamora and his attorney, Kristin Daniella Figeroa-Contreras.

**DONE AND ORDERED** at Fort Myers, Florida, this December 17, 2015.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record